# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
)  No. 71713-8-I
          Respondent, )
)  DIVISION ONE
     v. )
)  UNPUBLISHED OPINION
BRANDON G. KEMPMA, )
)  FILED:    MAR - 9 2015
          Appellant. )
_____ )

PER CURIAM — Brandon Kempma appeals the sentence imposed following his convictions for three counts of second degree rape of a child, two counts of communicating with a minor for immoral purposes via electronic communication, and two counts of communicating with a minor for immoral purposes. He contends, and the State concedes, that the court exceeded its authority in imposing a community custody condition that he "not possess illegal drug paraphernalia." The parties agree that the condition is not crime related and therefore must be stricken. We accept the concession of error and remand for the court to strike the condition. Given this disposition, it is unnecessary to reach Kempma's alternative arguments.

Remanded for amendment of the judgment and sentence.

FOR THE COURT:

Trickey, J